# WARRANT FOR ARREST

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Dejan Karabasevic, aka Dan Karabasevic,<br><br>Defendant. | DOCKET NO.     MAGISTRATE JUDGE CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Dejan Karabasevic, aka Dan Karabasevic, |

FILE COPY

Warrant Issued on the Basis of:

[] Indictment    [] Order of Court    [] Information    [X] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                                                 City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Scheme to defraud and authorized access

IN VIOLATION OF 18 U.S.C. Sections 1343, 1030(a)(2)(C) and 1030(a)(4)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: _____ Federal Judge/Magistrate Judge | Date Order: 2-21-12 |
|---|---|
| Clerk of Court:            (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |